# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maribel Nsue Nguema Eyang, | No. CV-26-01646-PHX-KML (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| Pamela Bondi, et al., | |
| Respondents. | |

Petitioner challenged her present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing her detention has exceeded the removal period and there is no significant probability of removal in the reasonably foreseeable future. (Doc. 1.) The court directed respondents to respond to the petition. (Doc. 4.) Respondents' response stated

> Respondents are unable to ascertain sufficient fact at this time that would establish a significant likelihood of removal in the reasonably foreseeable future and therefore do not oppose Petitioner's release from custody at this time.

(Doc. 9.) The court accepts this concession as non-opposition to granting petitioner's habeas corpus petition as to her *Zadvydas* claim.

**IT IS THEREFORE ORDERED** petitioner's petition for writ of habeas corpus (Doc. 1) is **granted** as to her *Zadvydas* claim. The remainder of the petition is denied as moot.

**IT IS FURTHER ORDERED** respondents must immediately release petitioner

from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** respondents must provide a notice of compliance within two business days of petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the clerk of court shall enter judgment in petitioner's favor and close this case.

Dated this 20th day of March, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**